UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER SWARTZ, individually and on behalf of all persons similarly situated,

    Plaintiffs,

v.

NEXT NET MEDIA LLC, d/b/a THE HOTH, CLEARVIEW CAPITAL LLC,

    Defendants.

_____/

Case No. 24-cv-10018

Hon. Brandy R. McMillion
United States District Judge

Mag. Judge David R. Grand

## JUDGMENT

For the reasons stated in the Opinion and Order granting Defendants' Motion to Dismiss (ECF No. 18), entered on June 28, 2024, **IT IS ORDERED AND ADJUDGED** that this cause of action is **DISMISSED.**

                        KINIKIA ESSIX
                        CLERK OF COURT

          By:   s/L. Hosking
                  Deputy Clerk

Approved:

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge
Dated: June 28, 2024
Detroit, Michigan